| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  T & T Dynamite Rental Properties, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  26-0350474

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7252 CANTERBURY DR<br>Romulus, MI 48174<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Wayne<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  N/A

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | T & T Dynamite Rental Properties, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | T & T Dynamite Rental Properties, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
☐ 50-99 ☐ 5001-10,000 ☐ 50,001-100,000
☐ 100-199 ☐ 10,001-25,000 ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2024
               MM / DD / YYYY

**X** /s/ David Talley            David Talley
Signature of authorized representative of debtor      Printed name

Title    Shareholder

**18. Signature of attorney**

**X** /s/ Alexander J. Berry-Santoro      Date   June 12, 2024
Signature of attorney for debtor                MM / DD / YYYY

Alexander J. Berry-Santoro P81545
Printed name

Maxwell Dunn PLC
Firm name

2937 E. Grand Blvd.
Suite 308

Detroit, MI 48202
Number, Street, City, State & ZIP Code

Contact phone           Email address   aberrysantoro@maxwelldunnlaw.com

P81545 MI
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF MICHIGAN

Case number (*if known*) _____ Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | David Talley | | | Relationship to you | Shareholder |
|---|---|---|---|---|---|
| District | ED MI | When | 3/13/08 | Case number, if known | 07-62263-mbm |
| Debtor | Lynn G. Thompson | | | Relationship to you | Shareholder |
| District | ED of MI | When | 10/20/15 | Case number, if known | 15-55337-tjt |
| Debtor | Lynn G. Thompson | | | Relationship to you | Shareholder |
| District | ED MI | When | 6/3/24 | Case number, if known | 06-42542-tjt |
| Debtor | Lynn G. Thompson | | | Relationship to you | Shareholder |
| District | ED MI | When | 6/8/24 | Case number, if known | 03-61808-tjt |
| Debtor | Lynn G. Thompson | | | Relationship to you | Shareholder |
| District | ED MI | When | 3/18/02 | Case number, if known | 02-46530-tjt |

# RESOLUTION OF:
# T & T DYNAMITE RENTAL PROPERTIES, INC.

The Board of Directors (the "Board") of T & T Dynamite Rental Properties, Inc. ("T&T"), a Michigan Domestic Profit Corporation, on the ___06/08/2024___th of _____, 2024, taking this action pursuant to Article 7, of the June 9th, 2007 Articles of Incorporation for T&T, which allows any action the Board could take at an annual or special meeting be taken if all consent in writing, adopt and approve the following resolutions::

**A. Chapter 11**

WHEREAS, the Board has considered the advice of counsel regarding relief available under Title 11 of the United States Code ("Title 11"), Chapter 11 (Sub-V) and weighed the future viability and liquidity of T&T versus the present claims against the business and has weighed the alternatives to relief under Title 11; and

WHEREAS, the Board has consulted with its members, Lynn Thompson, Angela Thompson, Alisha Thompson, Koren Moore, and David Talley, and fully considered Title 11 and strategic alternatives available to T&T, and, noted that the Articles of Incorporation generally allows Member(s) to act with the full and unfettered discretion and authority to "begin, prosecute, or defend any proceeding in the company's name;" and, to delegate said duty; and

WHEREAS, the Board has previously approved retention of Maxwell Dunn, PLC as counsel;

NOW, THEREFORE, IT IS

RESOLVED, that in the judgment of the Members, it is in the best interests of T&T, its creditors, and other interested parties, that the corporation be and hereby is authorized to file, or cause to be filed, a proceeding under Title 11, Chapter 11, Sub V (the "Bankruptcy"), in a court of proper jurisdiction and venue (the "Bankruptcy Court"); and, be it

FURTHER RESOLVED, that in the judgment of the Board it is in the best interests of T&T to retain Maxwell Dunn, PLC, in connection with the Bankruptcy; and, be it

FURTHER RESOLVED, that David Talley ("Authorized Officer"), is authorized, imbued, empowered, and directed to execute and file on behalf of MIG, all documents (non-exhaustive and non-exclusive) and take any actions (non-exhaustive and non-exclusive) that the Authorized Officer deems necessary or proper to obtain relief under the Bankruptcy; and, be it

FURTHER RESOLVED, that the Authorized Officer is authorized, empowered, and directed to certify the authenticity of these resolutions.

**B. Retention of Maxwell Dunn, PLC**

IT IS FURTHER RESOLVED, that the Authorized Officer is authorized and directed to execute all documents (non-exhaustive and non-exclusive) and take all actions to retain Maxwell Dunn, PLC, as general bankruptcy counsel in the Bankruptcy and to represent and assist T&T in carrying out its duties under Title 11

Doc ID: f908e0c21b8245bb754874a5bc1d72c29cab2c05

and to take any and all actions to advance T&T's rights, fulfill its duties and obligations, and execute or file all documents (non-exhaustive and non-exclusive) to formally address the issues herein, navigate the bankruptcy process, and the resulting reorganization of T&T.

RESOLVED:

/s/ _Lynn Thompson_
Lynn Thompson

DATED:

/s/ _David Talley_
David Talley

DATED: 06 / 08 / 2024

/s/ _Bashor, Angela_
Angela Thompson

DATED: 06 / 08 / 2024

A MAJORITY OF VOTES BEING PRESENT, THE RESOLUTION IS BINDING.

# Dropbox Sign

| | |
|---|---|
| **Title** | Maxwell Dunn, PLC, has sent you a document to review and... |
| **File name** | Resolution ofT&T.pdf |
| **Document ID** | f908e0c21b8245bb754874a5bc1d72c29cab2c05 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Pending signature |

This document was requested on app.practicepanther.com and signed on app.practicepanther.com

## Document History

**SENT** — 06 / 07 / 2024 19:58:03 UTC
Sent for signature to Talley, David (mrtntproperties@gmail.com), Bashor, Angela (angelanicole1982@gmail.com) and Thompson, Lynn (mslynn917@gmail.com) from angelanicole1982@gmail.com
IP: 152.160.28.10

**VIEWED** — 06 / 08 / 2024 17:48:08 UTC
Viewed by Bashor, Angela (angelanicole1982@gmail.com)
IP: 64.43.252.222

**SIGNED** — 06 / 08 / 2024 17:48:49 UTC
Signed by Bashor, Angela (angelanicole1982@gmail.com)
IP: 64.43.252.222

**VIEWED** — 06 / 09 / 2024 02:48:46 UTC
Viewed by Talley, David (mrtntproperties@gmail.com)
IP: 172.58.126.165

**SIGNED** — 06 / 09 / 2024 02:49:20 UTC
Signed by Talley, David (mrtntproperties@gmail.com)
IP: 172.58.126.165

06 / 09 / 2024 02:49:20 UTC
This document has not been fully executed by all signers.

Powered by Dropbox Sign

## Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Maxwell Dunn, PLC, has sent you a document to review and... |
| **File name** | Resolution ofT&T.pdf |
| **Document ID** | f908e0c21b8245bb754874a5bc1d72c29cab2c05 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Pending signature |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History
INCOMPLETE

Powered by Dropbox Sign

24-45774-mlo    Doc 1    Filed 06/12/24    Entered 06/12/24 11:24:42    Page 10 of 12

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | T & T Dynamite Rental Properties, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Highland Park Water Department 14110 Woodward Ave. Highland Park, MI 48203 | | utilities | | | | $485.63 |
| Detroit Dept. of Water and Sewerage 735 Randolph St. Detroit, MI 48226 | | utilities | Contingent Unliquidated | | | $4,313.50 |
| Fay Mortgage Servicing 1601 LBJ Freeway, Suite 150 Dallas, TX 75234 | | | | $800,000.00 | $0.00 | $800,000.00 |
| linebarger goggan blair & sampson llp Terrace 2, 2700 V?a Fortuna #500 Austin, TX 78746 | | Blight Tickets | Disputed | | | $18,035.00 |
| Wayne County Treasurer's Office 400 Monroe Street, 5th Floor Detroit, MI 48226 | | Property taxes | | | | $66,885.49 |

ANGEL OAK SB COMMERCIAL MTG TRUST
3344 Peachtree RD NE, Suite 1725
Atlanta, GA 30326


Cherrywood Mortgage, LLC
131 CONTINENTAL DRIVE, SUITE 301
Newark, DE 19713


City of Detroit, Admin Claims
2 Woodward Ave., Ste. 1004
Detroit, MI 48226


City of Highland Park
Water Department 14110 Woodward Ave.
Highland Park, MI 48203


Codilis & Moody, P.C.
30800 Telegraph Rd., Suite 1703
Franklin, MI 48025


Detroit Dept. of Water and Sewerage
735 Randolph St.
Detroit, MI 48226


Fay Mortgage Servicing
1601 LBJ Freeway, Suite 150
Dallas, TX 75234


linebarger goggan blair & sampson llp
Terrace 2, 2700 Vía Fortuna #500
Austin, TX 78746


Wayne County Treasurer's Office
400 Monroe Street, 5th Floor
Detroit, MI 48226